**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, et al., | Case No. 1:19cv2115 |
| Plaintiffs, | Judge J. Philip Calabrese |
| v. | Magistrate Judge David A. Ruiz |
| VIEWRAY, INC., et al., | |
| Defendants | |

## JUDGMENT

The Court filed its Opinion and Order in this matter. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.** Dated: August 25, 2021

J. Philip Calabrese
United States District Judge
Northern District of Ohio